**No. P67/242.**—The Cottrell Co. and J. J. Gavin & Co., Inc. *v.* United States, protest 66/2494 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of slitting machines and parts thereof, which parts are dedicated to use on or for said slitting machines, similar in all material respects to those the subject of *J. J. Gavin & Co., Inc., and The Cottrell Company et al.* v. *United States* (54 Cust. Ct. 414, Abstract 69266), the claim of the plaintiffs was sustained.

**No. P67/243.**—Lafayette Radio Electronics Corp. et al. *v.* United States, protests 61/15833, etc. (New York).

**No. P67/244.**—Azrak-Hamway, Inc. *v.* United States, protests 62/13330, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JULY 19, 1967

**No. P67/245.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 63/7846(B) and 63/7848(C) (New York).

**No. P67/246.**—Davies Turner Co. *v.* United States, protests 64/1326–13920 (Chicago).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.